NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN S. RHINE, | ) | No. C 07-4730 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| CDC, et al., | ) | |
| Respondents. | ) | |

The Court has dismissed the instant habeas action without prejudice because Petitioner's challenges to the conditions of his confinement should be brought in a civil rights complaint pursuant to 42 U.S.C. § 1983. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/27/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Rhine730jud                1

1  A copy of this ruling was mailed to the following:

2

3  John S. Rhine
   F-25840
   California Mens Colony -West
4  P.O. Box 8101
   San Luis Obispo, CA  93401-8101

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28